1  PATRICIA BARLOW
   (California State Bar No. 135637)
2  BARLOW LAW
   1611 Jackson St.
3  San Francisco, CA  94109
   Telephone:  (415) 977-1107
4  Facsimile:  (415) 977-1111
   barlowairlaw@yahoo.com
5

6  Attorneys for Plaintiff
   Joseph Robert Spooner
7

8

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12  JOSEPH ROBERT SPOONER          )   CASE NO.
                                   )
13           **Plaintiff,**        )   **IN ADMIRALTY**
    vs.                            )
14                                 )   **SEAMAN'S VERIFIED COMPLAINT** *IN*
    THE MULTI HULL FOILING AC45    )   *REM* **AND/OR** *IN PERSONAM* **FOR**
15  VESSEL "4 ORACLE TEAM USA",    )   **WAGES AND PENALTIES-ALL**
    her machinery, mechanical      )   **WITHOUT PAYMENT OF COSTS, 28**
16  drive system, hydraulic        )   **U.S.C. Section 1916**
    operating system, electronics, )
17  platform and appendages, hard  )
    and soft sails and             )
18  appurtenances, *In Rem*        )
                                   )
19  ORACLE RACING, INC. A          )
    California Corporation d/b/a    )
20  ORACLE TEAM USA, *In personam*; )
                                   )
21           **Defendants**        )
                                   )
22  ───────────────────────────────)

23
    COMES NOW plaintiff and complains of the defendants alleging upon
24
    information and belief as follows:
25
       1. This District Court has original jurisdiction over this claim
26
       based on its admiralty jurisdiction under 28 U.S.C. Section
27
       1333.
28  SEAMAN'S COMPLAINT *IN REM*  AND *IN PERSONUM*
    *FOR WAGES AND PENALTIES-ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. SECTION 1916*

2. Plaintiff, Joseph Robert Spooner, brings and maintains this admiralty action under general maritime law for his wages due for discharge without cause.

3. Plaintiff resides in San Francisco, California. *In personam* defendant Oracle Racing, Inc., doing business as ORACLE TEAM USA, presently is and has been a California Corporation since June 20, 2000, with its principal office located at Pier 80, 999 Marin Street, San Francisco, California 94124, and at all material times herein is acting by and through its officers, agents, servants, employees, representatives, General Counsel Sam Hollis, CEO Russell Coutts, General Manager Grant Simmer and Master James Spithill, and has its principal place of business in San Francisco and is doing business in the Northern District of California.

4. Plaintiff is a seaman and a ward of this Admiralty Court, and elects to take advantage of the provisions of 28 U.S.C. Section 1916 to proceed without prepayment of costs or fees.

5. The defendant vessel is a 45 foot multi hull Foiling AC45 known as "4 Oracle Team USA" which defendant Oracle Racing, Inc. owns for the purpose of ORACLE TEAM USA entering the America's Cup World Series commencing in June 2015 and other purposes. Said vessel is documented through the America's Cup Event Authority.

6. Said vessel is presently located at Pier 80, 999 Marin Street, San Francisco, CA 94124. The vessel is not a public vessel.

7. Said vessel has her home port in the Northern District of California but from March 9th 2015 or thereabouts, plaintiff asserts on information and belief that defendant Oracle Racing,

2

1  Inc. may move the said vessel's home port to Port of Hamilton,

2  Bermuda.

3  8.  During all times mentioned herein said vessel was owned by

4  defendant Oracle Racing, Inc. and was engaged in maritime

5  commerce.

6  9. At all times herein, plaintiff was employed by defendants as a

7  member of the crew aboard said vessel, in the service of the

8  vessel, and in the course and scope of his duties as a seaman in

9  furtherance of the mission and commerce of the vessel plaintiff

10  crewed, maintained and repaired said vessel.

11  10. On or about December 9, 2013 plaintiff entered into a

12  maritime services contract entitled "Heads of Terms for AC35-

13  Sailing Team-Joseph Spooner" ("The Contract") with defendant

14  Oracle Racing, Inc. d/b/a Oracle Team USA, which contract

15  commenced on February 1, 2014 for the fixed term of over three

16  (3) and a half years with the expiry date being "on the date

17  that is seven (7) days immediately following the date of the

18  final race of the 35th America's Cup Finals".

19  11. The Contract provides that plaintiff was from July 1, 2014

20  through the expiry date to receive **US\$25,000.00 per calendar**

21  **month.** The Contract further provides that plaintiff is to

22  "provide, perform and deliver such duties and services required

23  of him as a member of the sailing team of ORACLE TEAM USA,

24  reporting to Russell Coutts." Russell Coutts, as defendant

25  Oracle Racing, Inc.'s CEO, directed the means and methods of

26  plaintiff's work as a seaman under The Contract as did the

27  defendant vessel's Master James Spithill also so direct.

28  12. Additionally, The Contract provides that Plaintiff is to

receive a bonus of an undisclosed amount but not less than six
(6) months of his average undisclosed wages under The Contract,
if the sailing team of ORACLE TEAM USA successfully defends the
America's Cup in the 35th America's Cup Finals.

13. The Contract also provides that Plaintiff shall be
reimbursed for "any other business expenses" that Plaintiff
"properly and necessarily incurs" performing services.

14. While performing services with at least 29 more months of
seaman performance contracted for, on January 16, 2015 defendant
Oracle Racing, Inc. wrongfully and without cause, breached its
contractual obligations to plaintiff by discharging plaintiff
from performing his contractual services as a seaman by sending
plaintiff a letter of discharge dated January 16, 2015.

15. Defendant Oracle Racing, Inc. continued to pay Plaintiff
under the terms of The Contract until January 31, 2015 from
which time plaintiff has received no further payment of his
wages due to him.

16. Having been wrongfully discharged without cause by defendant
Oracle Racing, Inc., plaintiff sent a demand to defendant Oracle
Team USA on February 3, 2015 for the payment of his wages due
now to him for his discharge without cause, being wages due for
the full term of The Contract and to be paid to plaintiff on or
before February 9, 2015.

17. Despite demand, it is now past February 9, 2015 and plaintiff
has not received from defendant Oracle Racing, Inc., the monies
owed to plaintiff and demanded by him for the full term of The
Contract. Having not been paid said wages due, plaintiff is
entitled to his contractual wages under The Contract, double

4

wages penalties and other penalties and interest, plus punitive damages under general maritime law for the willful and wanton failure to pay plaintiff's wages by defendants.

18. Plaintiff, being a seaman and person having provided necessities in crewing, maintaining and repairing said vessel known as "4 Oracle Team USA" on the orders of Oracle Racing, Inc. CEO Russell Coutts and Master James Spithill acting under the orders of the owner of said vessel, plaintiff hereby asserts his maritime lien rights pursuant to 46 U.S.C. Section 31342.

WHEREFORE, plaintiff prays by its Local A & M Rule 2-2 Itemized Demand for Judgment against the defendants as follows:

1.   For a declaration that plaintiff holds claim to a preferred maritime lien against defendant MULTI HULL FOILING AC45 VESSEL known as "4 ORACLE TEAM USA", and her machinery, mechanical drive system, hydraulic operating system, electronics, platform and appendages, hard and soft sails and appurtenances;

2.   For arrest, condemnation and sale of the defendant MULTI HULL FOILING AC45 VESSEL known as "4 ORACLE TEAM USA", and her machinery, mechanical drive system, hydraulic operating system, electronics, platform and appendages, hard and soft sails and appurtenances

3.   For wages of **US$725,000**.00 and double wage penalties;

4.   For punitive damages for the willful and wanton failure to pay the wages due under The Contract;

5.   For interest, costs of suit and reasonable attorney fees;

6.   For such other and further relief as is fair and just in the

5

1    circumstances.

2                                          BARLOW LAW

3

4

5    DATED: February 11th, 2015

6                                          Patricia Barlow CSB# 135637
                                           Attorney for Plaintiff

7

8                    **PLAINTIFF's VERIFICATION OF THIS COMPLAINT**

9    I, Joseph Robert Spooner, am the plaintiff in this action and

     have personal knowledge of the matters asserted in the above
10
     complaint and this is also based on investigations that I have
11
     personally made. Pursuant to 28 U.S.C. Section 1746, I declare
12
     under penalty of perjury that the allegations of the above
13
     complaint are true and correct to the best of my knowledge and
14
     belief based on my personal knowledge and investigations I have
15
     personally made.
16
     Dated at San Francisco, California this 11th day of February, 2015
17

18

19                                         Joseph Robert Spooner

20

21

22

23

24

25

26

27

28

                     6