UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT SPOONER,<br><br>        Plaintiff,<br><br>    v.<br><br>MULTI HULL FOILING AC45 VESSEL "4<br>ORACLE TEAM USA," et al.,<br><br>        Defendants. | Case No.  15-cv-00692-JCS<br><br>**ORDER SETTING HEARING DATE<br>AND REPLY DEADLINE REGARDING<br>REQUEST FOR RELEASE OF<br>PROPERTY** |

      A hearing on Defendant Oracle Racing, Inc.'s Request for Release of Vessel (dkt. 25) will occur on Tuesday, March 17, 2015 at 9:30 AM in Courtroom G, located on the fifteenth floor of the federal courthouse at 450 Golden Gate Avenue, San Francisco, California.  Oracle Racing may file a reply to Plaintiff Joseph Spooner's Opposition (dkt. 38) no later than Friday, March 13, 2015.  Oracle Racing should limit its reply to issues raised in either Spooner's Opposition or the Court's March 9, 2015 Order (dkt. 27).

      **IT IS SO ORDERED.**

Dated: March 12, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge