UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ROBERT SPOONER,<br><br>    Plaintiff,<br><br>    v.<br><br>MULTI HULL FOILING AC45 VESSEL "4 ORACLE TEAM USA" et al.,<br><br>    Defendants. | Case No. 15-cv-00692-JCS<br><br>**ORDER TO EXCHANGE SETTLEMENT DEMANDS** |

IT IS HEREBY ORDERED that Plaintiff shall make a settlement demand on Defendants within one (1) week from the date of this Order. Defendants shall respond with a settlement proposal of its own within two (2) weeks from the date of this Order.

The parties shall report to the Court on the progress of their discussions and whether a mediator will be useful at the next case management conference.

**IT IS SO ORDERED.**

Dated: April 6, 2015

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge